# UNITED STATES DISTRICT COURT

## Violation Notice

| | | |
|---|---|---|
| Violation Number: R 3170827 | Officer Name (Print): SSgt Brian D. Johnson | Officer No: 17889 |

**Date and Time of Offense (mm/dd/yyyy):** 01 September 2006 1709
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code — DE Title 11 / 0006 JR 840
**Place of Offense:** Dover AFB Base Exchange

**Offense Description:** Shoplifting a video game from AAFES Base Exchange

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

### DEFENDANT INFORMATION

- **Last Name:** Pennington
- **First Name:** Phillip
- **M.I.:** W Jr
- **Street Address:** 59 W His Peeling one Dr Apt A
- **City:** Milford  **State:** DE  **Zip Code:** 19963
- **Drivers License No:** 1461233  **D.L. State:** DE  **Social Security No:** 221 74 4310
- **Date of Birth:** 01/13/1988
- **Phone:** (302) 222-7538
- **Sex:** ☒ Male ☐ Female  **Hair:** Br  **Eyes:** Brl  **Height:** 5'4"  **Weight:** 229
- ☒ Adult ☐ Juvenile

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |
|---|---|---|---|---|---|

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**PAY THIS AMOUNT →**
- $ _____ Forfeiture Amount
- + $25 Processing Fee
- $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

- **Court Address:** US District Court, 844 King St, Wilmington DE 19801
- **Date (mm/dd/yyyy):** 09/19/2006
- **Time (hh:mm):** 1740

X **Defendant Signature:** Phillip W Pennington Jr
My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

---

R 3170827  DE 10

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01 September, 20 06 while exercising my duties as a law enforcement officer in the __Kent__ V. District of __Delaware__

Your Honor, on 01 September 2006 at 1640 I received a dispatch from my unit control center to Bldg 440 the AAFES Exchange for a shoplifting incident. I responded to the exchange and made contact with the Store Loss Prevention Detective Mitch Burgess who explained to me that he had spotted the suspect Phillip W Pennington Jr. shoplifting a video game from the Exchange. Mr Burgess then showed me the VHS security tape which captured Mr Pennington taking a video game opening it and placing the contents of the game box into his pocket. After seeing the tape I advised Mr Pennington of his rights and admonished him. Appropriate paperwork was filed, Mr Pennington was later released to his sponsor and escorted off the installation.

The foregoing statement is based upon

☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____ Date (mm/dd/yyyy) _____ Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____ Date (mm/dd/yyyy) _____ U.S. Magistrate Judge

CVB Scan 9/18/2006 14 15 01

**REDACTED**