IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff, :

    v. :    VIOLATION NOTICE NO. R3170827

*Phillip W. Pennington, Jr.* :    06-135M-MPT

    Defendant. :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for *Phillip W. Pennington, JR.*

    COLM F. CONNOLLY
    United States Attorney

BY: _____
    DUSTIN C. LANE, Captain, USAF
    Special Assistant United States Attorney

DATE: January 31, 2007

**IT IS SO ORDERED** this _31ST_ day of _JANUARY_ 2007.

    _____
    HONORABLE MARY PAT THYNGE
    United States Magistrate Judge

FILED
JAN 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE